# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA M. JACKSON, | Case No. 1:14-CV-00970-SMS |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | (Doc. 3) |
| Defendant. | |

By motion filed July 2, 2014, Plaintiff Andrea M. Jackson, proceeding *pro se*, seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court **GRANTS** Plaintiff's motion to proceed *in forma pauperis*. Nonetheless, the Clerk of Court shall not issue new case documents and the summons until the Court has screened the complaint in accordance with 28 U.S.C. § 1915.

IT IS SO ORDERED.

DATED: 7/8/2014         /s/ SANDRA M. SNYDER
                        UNITED STATES MAGISTRATE JUDGE

1